The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA,<br><br>      Plaintiff,<br><br>      v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; and JOHN AND JANE DOES 1 THROUGH 100, INCLUSIVE,<br><br>      Defendants. | CASE NO. 2:17-cv-05737-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PURDUE DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT |

## I. STIPULATED MOTION

Defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. ("Purdue Defendants") hereby move the Court pursuant to LCR 7(d)(1) and LCR 10(g) for an order extending to December 11, 2017, their deadline to answer or respond to Plaintiff's Complaint.  Plaintiff City of Tacoma ("Plaintiff") stipulates to the extension to answer or respond to the Complaint to December 11, 2017.

STIPULATED MOTION EXTENDING
DEADLINE FOR PURDUE DEFENDANTS TO
ANSWER OR RESPOND TO COMPLAINT - 1
CASE NO. 3:17-cv-05737-RSM

#1135609 v3 / 72285-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## II. FACTS

Plaintiff commenced this action by filing its Complaint on September 13, 2017 (Dkt. 1). Service of Summons on the Purdue Defendants was executed October 2, 2017 in Albany County, NY (Dkt. 9, 10, 11).

In addition to this action, the *City of Everett v. Purdue*, No. 2:17-cv-00209-RSM is pending before this Court. The City of Seattle (No. 17-2-25504-1) and the State of Washington (No. 17-2-25505) also filed separate lawsuits against the Purdue Defendants in King County Superior Court on September 28, 2017. Separately, a Notice of a Motion for Transfer of Action to *In re: National Prescription Opiate Litigation*, MDL Panel No. 17-P-54 applicable to this action and the *City of Everett* action was filed September 29, 2017 (Dkt. 6). Responses to the proposed transfer are due October 20, 2017.

In light of the numerous actions filed against the Purdue Defendants in various jurisdictions and forums raising novel and complex issues with varying deadlines, the Purdue Defendants requested an extension of time to answer or respond to Plaintiff's Complaint until December 11, 2017, subject to this Court's approval. Plaintiff has agreed.

//
//
//
//
//
//
//
//
//

STIPULATED MOTION EXTENDING DEADLINE FOR PURDUE DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT - 2
CASE NO. 3:17-cv-05737-RSM

#1135609 v3 / 72285-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## III. STIPULATION

Subject to the Court's approval, the Purdue Defendants and Plaintiff stipulate that the Purdue Defendants shall answer or respond to the Complaint by December 11, 2017.

*SO STIPULATED.*

DATED: October 13, 2017

| KELLER ROHRBACK LLP | KARR TUTTLE CAMPBELL |
|---|---|
| By: */s/ Derek W. Loeser* <br> Derek W. Loeser, WSBA #24274 <br> Amy Williams-Derry, WSBA #28711 <br> David J. Ko, WSBA #38299 <br> Daniel P. Mensher, WSBA #47719 <br> Keller Rohrback LLP <br> 1201 Third Ave., Ste. 3200 <br> Seattle, WA 98101 <br> Telephone: 206-623-1900 <br> Facsimile: 206-623-3384 <br> Email: dloeser@KellerRohrback.com <br> Email: awilliams-derry@KellerRohrback.com <br> Email: dko@KellerRohrback.com <br> Email: dmensher@KellerRohrback.com | By: */s/ Thomas D. Adams* <br> Thomas D. Adams, WSBA #18470 <br> Ronald J. Friedman, WSBA #41629 <br> Andrew W. Durland, WSBA #49747 <br> KARR TUTTLE CAMPBELL <br> 701 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Telephone: 206-223-1313 <br> Facsimile: 206-682-7100 <br> Email: tadams@karrtuttle.com <br> Email: rfriedman@karrtuttle.com <br> Email: adurland@karrtuttle.com <br> <br> Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company, Inc. |

By: */s/ Christopher D. Bacha*
William C. Fosbre, WSBA #27825
City Attorney
Christopher D. Bacha, WSBA #16714
Chief Deputy City Attorney
747 Market Street, Room 1120
Tacoma, WA 98402
Telephone: 253-591-5885
Facsimile: 253-502-8672

Attorneys for Plaintiff

STIPULATED MOTION EXTENDING
DEADLINE FOR PURDUE DEFENDANTS TO
ANSWER OR RESPOND TO COMPLAINT - 3
CASE NO. 3:17-cv-05737-RSM

#1135609 v3 / 72285-003

## **ORDER**

Pursuant to the foregoing stipulation between the Purdue Defendants and Plaintiff, the deadline for the Purdue Defendants to answer or respond to the Complaint is extended to December 11, 2017.

IT IS SO ORDERED.

Dated this 17 day of October, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KARR TUTTLE CAMPBELL

By: */s/ Thomas D. Adams*
Thomas D. Adams, WSBA #18470
Ronald J. Friedman, WSBA #41629
Andrew W. Durland, WSBA #49747
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  tadams@karrtuttle.com
Email:  rfriedman@karrtuttle.com
Email:  adurland@karrtuttle.com

Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company, Inc.

STIPULATED MOTION EXTENDING
DEADLINE FOR PURDUE DEFENDANTS TO
ANSWER OR RESPOND TO COMPLAINT - 4
CASE NO. 3:17-cv-05737-RSM

#1135609 v3 / 72285-003