UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA,<br><br>      Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA, INCL.; THE PURDUE FREDERICK COMPANY, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; and JOHN AND JANE DOES 1 THROUGH 100, INCLUSIVE,<br><br>      Defendants. | CASE NO. 2:17-cv-05737-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER OR RESPOND TO COMPLAINT |

**STIPULATION**

The parties hereto stipulate and agree as follows:

1. Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff City of Tacoma and Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson hereby stipulate and move the Court for an order extending the deadline for all Defendants to answer or respond to Plaintiff's Complaint to December 11, 2017.

2. The Court has already granted an Order extending the deadline for Defendants Purdue Pharma, Inc., Purdue Pharma, L.P., and The Purdue Frederick Company, Inc. to answer or otherwise respond to the Complaint to December 11, 2017 (Dkt. 17).  So that all response

---

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO ANSWER OR RESPOND
TO COMPLAINT (CASE NO. 2:17-cv-05737-RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

deadlines are aligned, the parties hereto request the Court to enter the order below extending the deadline for all Defendants in this action to answer or otherwise respond to the Complaint to the same date.

*SO STIPULATED.*

DATED: October 19, 2017.

| KELLER ROHRBACK LLP | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Derek W. Loeser* <br> Derek W. Loeser, WSBA #24274 <br> Amy Williams-Derry, WSBA #28711 <br> David J. Ko, WSBA#38299 <br> Daniel P. Mensher, WSBA #47719 <br> Keller Rohrback LLP <br> 1201 Third Ave., Ste. 3200 <br> Seattle, WA 98101 <br> Telephone: 206-623-1900 <br> Facsimile: 206-623-3384 <br> Email: dloeser@KellerRohrback.com <br> Email: awilliams-derry@KellerRohrback.com <br> Email: dko@KellerRohrback.com <br> Email: dmensher@KellerRohrback.com | By *s/Angelo J. Calfo* <br> Angelo J. Calfo, WSBA #27079 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Telephone: (206) 407-2200 <br> Email: angeloc@calfoeakes.com <br><br> *Attorneys for Defendants Janssen Pharmaceuticals, Inc., and Johnson & Johnson* |

By: *s/ Christopher D. Bacha*
   William C. Fosbre, WSBA #27825
   City Attorney
   Christopher D. Bacha, WSBA #16714
   Chief Deputy City Attorney
   747 Market Street, Room 1120
   Tacoma, WA 98402
   Telephone: 253-591-5885
   Facsimile: 253-502-8672

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO ANSWER OR RESPOND
TO COMPLAINT (CASE NO. 2:17-cv-05737-RSM) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

# **ORDER**

Pursuant to the foregoing stipulation, the deadline for all Defendants to answer or respond to the Complaint is extended to December 11, 2017.

IT IS SO ORDERED.

DATED this 19th day of October, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO ANSWER OR RESPOND
TO COMPLAINT (CASE NO. 2:17-cv-05737-RSM) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224