UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA,<br><br>    Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; and JOHN AND JANE DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:17-cv-05737-RSM<br><br>STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO STAY AND FOR RELIEF FROM DEADLINES |

## **STIPULATION**

Pursuant to Local Court Rule 7(d)(1) and 10(g), the parties stipulate and agree as follows:

1. The Motion to Stay and for Relief From Deadlines ("Motion") of Defendants Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Janssen Pharmaceuticals, Inc., and Johnson & Johnson (collectively, "Defendants") is pending before this Court. (Dkt. 27)

2. The deadline for Defendants to answer or respond to the Complaint presently is December 11, 2017. (Dkt. 20)

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 1
CASE NO. 3:17-cv-05737-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

3. After considering the Motion, counsel for Plaintiff and Defendants agree that the deadline for Defendants to answer or respond to the Complaint may be extended to 30 days after a final decision by the Judicial Panel on Multidistrict Litigation ("JPML") on the pending motion to transfer this action and others like it to a single district court for coordination or consolidation of proceedings ("the MDL Motion"). If this action is subject to transfer following the decision of the JPML, the deadlines for Defendants' answers or responses to the Complaint shall then be determined by the transferee court.

4. Any and all dates or deadlines arising before the deadline for Defendants' answers or responses to the Complaint, if any are to be filed in this action, may be suspended until after Defendants' answers or responses to the Complaint are filed.

5. Based on this Stipulation, and contingent upon the Court's acceptance of it, the parties agree that the Motion (Dkt. 27) is moot.

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 2
CASE NO. 3:17-cv-05737-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED November 15, 2017

| KELLER ROHRBACK LLP | KARR TUTTLE CAMPBELL |
|---|---|
| */s/ Derek W. Loeser*<br>Derek W. Loeser, WSBA #24274<br>Amy Williams-Derry, WSBA #28711<br>David J. Ko, WSBA#38299<br>Daniel P. Mensher, WSBA #47719<br>Keller Rohrback LLP<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: 206-623-1900<br>Facsimile: 206-623-3384<br>Email: dloeser@KellerRohrback.com<br>Email: awilliams-derry@KellerRohrback.com<br>Email: dko@KellerRohrback.com<br>Email: dmensher@KellerRohrback.com | */s/ Thomas D. Adams*<br>Thomas D. Adams, WSBA No. 18470<br>*/s/ Ronald J. Friedman*<br>Ronald J. Friedman, WSBA No. 41629<br>*/s/ Andrew W. Durland*<br>Andrew W. Durland, WSBA No. 49747<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Email: tadams@karrtuttle.com<br>Email: rfriedman@karrtuttle.com<br>Email: adurland@karrtuttle.com |
| */s/ Christopher D. Bacha*<br>William C. Fosbre, WSBA #27825<br>City Attorney<br>Christopher D. Bacha, WSBA #16714<br>Chief Deputy City Attorney<br>747 Market Street, Room 1120<br>Tacoma, WA 98402<br>Telephone: 253-591-5885<br>Facsimile: 253-502-8672<br>Attorneys for Plaintiff CITY OF TACOMA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>s/Patrick J. Fitzgerald<br>s/R. Ryan Stoll<br>Patrick J. Fitzgerald, #6307561<br>R. Ryan Stoll, #6204569<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: 312-407-0508<br>Email: patrick.fitzgerald@skadden.com<br>Email: ryan.stoll@skadden.cm<br>Email: ryan.stoll@skadden.com<br><br>Attorneys for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY INC. |

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 3
CASE NO. 3:17-cv-05737-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | | |
|---|---|---|
| 1 | *s/Angelo J. Calfo*<br>Angelo J. Calfo, WSBA #27079 | John Lombardo*<br>Sean Morris* |
| 2 | CALFO EAKES & OSTROVSKY PLLC<br>1301 2nd Ave., Ste. 2800 | S. Albert Wang*<br>Tiffany Ikeda* |
| 3 | Seattle, WA 98101<br>Telephone: 206-407-2200 | ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa St., 44th Floor<br>Los Angeles, CA 90017 |
| 4 | Email: angeloc@calfoeakes.com | Telephone: 213-243-4000<br>Facsimile: 231-243-4199 |
| 5 | | Email: John.Lombardo@apks.com<br>Email: Sean.Morris@apks.com |
| 6 | Charles C. Lifland*<br>O'MELVENY & MYERS LLP | Email: S. Albert.Wang@apks.com<br>Email: Tiffany.Ikeda@apks.com |
| 7 | 400 South Hope Street<br>Los Angeles, CA 90071 | * denotes national counsel who will seek pro hac vice admission |
| 8 | Telephone: 213-430-6000<br>Email: clifland@omm.com | |
| 9 | * *denotes national counsel who will seek pro hac vice admission* | Attorneys for Defendants ENDO HEALTH SOLUTIONS INC. and ENDO PHARMACEUTICALS INC. |
| 10 | Attorneys for Defendants JANSSEN | |
| 11 | PHARMACEUTICALS INC. and<br>JOHNSON & JOHNSON | |

## ORDER

Pursuant to the foregoing Stipulation, It is hereby ORDERED that the deadline for Defendants to answer or respond to the Complaint shall be 30 days after a final decision by the JPML on the pending MDL Motion. If this action is subject to transfer following the decision of the JPML, the deadlines for Defendants' answers or responses to the Complaint shall then be determined by the transferee court.

It is further ORDERED that any and all dates or deadlines arising before the deadline for Defendants' answers or responses to the Complaint, if any are to be filed in this action, are suspended until after Defendants' answers or responses to the complaint are filed.

Defendants' Motion to Stay and for Relief From Deadlines (Dkt. # 27) is moot.

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 4
CASE NO. 3:17-cv-05737-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated this 17th day of November 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| KELLER ROHRBACK LLP | KARR TUTTLE CAMPBELL |
|---|---|
| */s/ Derek W. Loeser* | */s/ Thomas D. Adams* |
| Derek W. Loeser, WSBA #24274 | Thomas D. Adams, WSBA No. 18470 |
| Amy Williams-Derry, WSBA #28711 | */s/ Ronald J. Friedman* |
| David J. Ko, WSBA#38299 | Ronald J. Friedman, WSBA No. 41629 |
| Daniel P. Mensher, WSBA #47719 | */s/ Andrew W. Durland* |
| Keller Rohrback LLP | Andrew W. Durland, WSBA No. 49747 |
| 1201 Third Ave., Ste. 3200 | 701 Fifth Avenue, Suite 3300 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Telephone: 206-623-1900 | Telephone: (206) 223-1313 |
| Facsimile: 206-623-3384 | Facsimile: (206) 682-7100 |
| Email: dloeser@KellerRohrback.com | Email: tadams@karrtuttle.com |
| Email:awilliams-derry@KellerRohrback.com | Email: rfriedman@karrtuttle.com |
| Email: dko@KellerRohrback.com | Email: adurland@karrtuttle.com |
| Email: dmensher@KellerRohrback.com | |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM |
| */s/ Christopher D. Bacha* | *s/Patrick J. Fitzgerald* |
| William C. Fosbre, WSBA #27825 | *s/R. Ryan Stoll* |
| City Attorney | Patrick J. Fitzgerald, #6307561 |
| Christopher D. Bacha, WSBA #16714 | R. Ryan Stoll, #6204569 |
| Chief Deputy City Attorney | 155 N. Wacker Drive, Suite 2700 |
| 747 Market Street, Room 1120 | Chicago, IL 60606 |
| Tacoma, WA 98402 | Telephone: 312-407-0508 |
| Telephone: 253-591-5885 | Email: patrick.fitzgerald@skadden.com |
| Facsimile: 253-502-8672 | Email: ryan.stoll@skadden.cm |
| Attorneys for Plaintiff CITY OF TACOMA | Email: ryan.stoll@skadden.com |
| | Attorneys for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY INC. |

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 5
CASE NO. 3:17-cv-05737-RSM

| | | |
|---|---|---|
| 1 | *s/Angelo J. Calfo*<br>Angelo J. Calfo, WSBA #27079 | John Lombardo*<br>Sean Morris* |
| 2 | CALFO EAKES & OSTROVSKY PLLC<br>1301 2nd Ave., Ste. 2800 | S. Albert Wang*<br>Tiffany Ikeda*<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 3 | Seattle, WA 98101<br>Telephone: 206-407-2200 | 777 S. Figueroa St., 44th Floor<br>Los Angeles, CA 90017 |
| 4 | Email: angeloc@calfoeakes.com | Telephone: 213-243-4000<br>Facsimile: 231-243-4199 |
| 5 | | Email: John.Lombardo@apks.com<br>Email: Sean.Morris@apks.com |
| 6 | Charles C. Lifland*<br>O'MELVENY & MYERS LLP | Email: S. Albert.Wang@apks.com<br>Email: Tiffany.Ikeda@apks.com |
| 7 | 400 South Hope Street<br>Los Angeles, CA 90071 | * *denotes national counsel who will seek pro hac vice admission* |
| 8 | Telephone: 213-430-6000<br>Email: clifland@omm.com | |
| 9 | * *denotes national counsel who will seek pro hac vice admission* | Attorneys for Defendants ENDO HEALTH SOLUTIONS INC. and ENDO PHARMACEUTICALS INC. |
| 10 | Attorneys for Defendants JANSSEN | |
| 11 | PHARMACEUTICALS INC. and<br>JOHNSON & JOHNSON | |

STIPULATION AND ORDER REGARDING
DEFENDANTS' MOTION TO STAY - 6
CASE NO. 3:17-cv-05737-RSM